# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JASWINDER SINGH, *on behalf of himself and all those similarly-situated*, : : : Plaintiff, : : v. : : UBER TECHNOLOGIES INC., : : Defendant. : : | Civ. Action No. 16-3044 (FLW) **ORDER** | |

**THIS MATTER** having been opened to the Court by Paul C. Lantis, Esq., counsel for Defendant Uber Technologies Inc. ("Defendant"), on a Motion to dismiss the proceedings and compel arbitration; it appearing that Plaintiff Jaswinder Singh ("Plaintiff"), through his counsel, Matthew D. Miller, Esq., opposes the motion; it appearing that the Court having considered the parties' submissions in connection with the motions pursuant to Fed. R. Civ. P. 78, for the reasons set forth in the Opinion filed on even date, and for good cause shown,

**IT IS** on this 30th day of January, 2017,

**ORDERED** that Defendant's Motion to dismiss the proceedings and compel arbitration is **GRANTED**; and it is further

**ORDERED** that the Complaint be dismissed and this case shall be marked as **CLOSED**.

/s/ Freda L. Wolfson
Freda L. Wolfson
U.S. District Judge