# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JASWINDER SINGH, on behalf of himself and all those similarly-situated,<br><br>Plaintiff<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant | Case No. 3:16-cv-3044-FLW-DEA<br><br>Electronically filed |

## NOTICE OF APPEAL

Notice is hereby given that Jaswinder Singh, on behalf of himself and all those similarly situated, hereby appeals to the United States Court of Appeals for the Third Circuit from:

The Order of the Honorable Freda W. Wolfson in the above captioned matter granting Defendants' Motion to Dismiss entered on the 30th day of January, 2017 (Docket Entry 16).

        Respectfully Submitted,

        */s/ Matthew Miller*
        Matthew D. Miller, Esq.
        **SWARTZ SWIDLER, LLC**
        1101 North Kings Highway, Suite 402
        Cherry Hill, NJ 08034
        Phone: (856) 685-7420
        Fax: (856) 685-7417

Dated: February 20, 2017