UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 17-1397
____

JASWINDER SINGH,
on behalf of himself and all those similarly situated,

v.

UBER TECHNOLOGIES INC

Jaswinder Singh,
    Appellant

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civ. Action No. 3-16-cv-03044)
District Judge:  Honorable Freda L. Wolfson
_____

Argued April 26, 2019

Before: GREENAWAY, JR., SHWARTZ, and PORTER, *Circuit Judges*.

_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was argued on April 26, 2019.  On consideration whereof, it is hereby ORDERED and ADJUDGED by this Court that the District Court order entered January 30, 2017 is vacated and the matter is remanded to the District Court

for further proceedings.  All in accordance with the Opinion of this Court.  Costs taxed against the Appellee.

                                  ATTEST:

                                  s/ Patricia S. Dodszuweit
                                Clerk

Dated:     September 11, 2019