### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JASWINDER SINGH, *on behalf of himself and all those similarly-situated*,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | CIVIL ACTION NO:<br>3:16-cv-3044-FLW-DEA |

### ORDER

**AND NOW,** this _____ day of _____, 2019, pursuant to the Judgment of the United States Court of Appeals for the Third Circuit, ECF No. 19, **IT IS HEREBY ORDERED** THAT:

1.  The Court's Order entered on January 30, 2017, ECF No. 16, is vacated.

2.  The Clerk of Courts is directed to re-open this action for further proceedings consistent with the Opinion of the United States Court of Appeals for the Third Circuit, ECF No. 19-1.

3.  A Scheduling Conference is scheduled for _____, 2019.


BY THE COURT:

_____