| | |
|---|---|
| **JASWINDER SINGH, et al.,** : | : **UNITED STATES DISTRICT COURT** |
| Plaintiffs, : | **DISTRICT OF NEW JERSEY** |
| v. : | **Civil Action No. 16-3044 (FLW)** |
| **UBER TECHNOLOGIES, INC.,** : | |
| Defendant. : | |
| **JAMES CALABRESE, et al.,** : | : **UNITED STATES DISTRICT COURT** |
| Plaintiffs, : | **DISTRICT OF NEW JERSEY** |
| v. : | **Civil Action No. 19-18371 (FLW)** |
| **UBER TECHNOLOGIES, INC.,** : | **SCHEDULING ORDER** |
| Defendant. : | |

**THIS MATTER** having come before the Court for a scheduling/status conference on September 29, 2020; and the Court having conferred with counsel concerning the timing and scope of discovery; and good cause appearing for the entry of this Order:

**IT IS** on this   29th.   day of  September , 2020

**ORDERED THAT:**

1. All parties must conduct discovery expeditiously and diligently. In addition, all discovery conducted must be proportional to the needs of the case considering the factors set forth in Fed. R. Civ. P. 26(b)(1).

2. The parties' initial written discovery requests must be served **by October 9, 2020.**

3. Any unresolved dispute(s) concerning the scope of the parties' initial discovery requests must be submitted in a joint letter to the Court **by November 31, 2020.**

4. Any motion to amend the pleadings or to join new parties, whether by amended or third party complaint, must be filed **by November 31, 2020.**

5. All fact discovery, including any third party depositions, is to be complete **by January 31, 2021.** No fact discovery is to be issued or conducted after this date.

6. All affirmative experts' disclosures and reports must be served **by March 1, 2021.** All such reports must be in the form and content required by Fed.R.Civ.P. 26(a)(2)(B).

7. All rebuttal experts' disclosures and reports must be served **by April 1, 2021.** All such reports shall be in the form and content as described above.

8. No expert shall testify at trial as to any opinions or base those opinions on fact not substantially disclosed in his or her report.

9. All experts' depositions must be conducted **by May 1, 2021.**

10. Counsel must meet and confer in a good faith effort to resolve any discovery or case management dispute before bringing such dispute to the attention of the Court. *See* L.Civ.R. 16.1(f)(1). Any unresolved disputes must be brought to the Court's attention promptly by a joint letter to the undersigned.

11. No discovery motion or motion for sanctions for failure to provide discovery shall be made without prior leave of Court.

12. The Court will conduct a telephone status conference **on December 15, 2020 at 2:30pm.** Counsel for Defendant Uber is directed to initiate the call to (609) 989-2144.

13. Counsel must confer at least 48 hours in advance of each Court appearance to confirm attendance and to review any matters to be discussed with the Court.

14. Since all dates set forth herein are established with the assistance and knowledge of counsel, there will be no extensions except for good cause shown and by leave of the Court, even with consent of all counsel.

    s/ Douglas E. Arpert  
**DOUGLAS E. ARPERT**  
**United States Magistrate Judge**