**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JASWINDER SINGH, *individually and on behalf of all those similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | CIVIL ACTION NO:<br>3:16-cv-3044-FLW-DEA<br><br>Judge Freda L. Wolfson |

**PLAINTIFF'S NOTICE OF CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

To: Paul C. Lantis, Esq.
William J. Simmons, Esq.
Littler Mendelson, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102

Theane Evangelis, Esq.
Samuel Eckman, Esq.
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

**PLEASE TAKE NOTICE** that Plaintiff Jaswinder Singh ("Plaintiff"), by and through undersigned counsel, pursuant to Fed. R. Civ. P. 56, and for the reasons set forth in the Memorandum of Law, and materials submitted in support thereof, will cross-move before the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey, before the Honorable Freda L. Wolfson on July 19, 2021, or as soon thereafter as counsel may be heard, for an Order granting Plaintiff's motion for summary judgment pursuant to Fed. R. Civ. P. 56 as to Plaintiff's and the class

members' membership in a class of workers engaged in interstate commerce within the meaning of 9 U.S.C. § 1.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is attached hereto.

PLEASE TAKE FURTHER NOTICE that oral argument is requested if timely opposition is filed.

Respectfully submitted,

*/s/ Justin L. Swidler*
Justin L. Swidler, Esq.
Richard S, Swartz, Esq.
Matthew D. Miller, Esq.
Joshua S. Boyette, Esq.
Travis Martindale-Jarvis, Esq.
**SWARTZ SWIDLER, LLC**
1101 Kings Highway N, Ste. 402
Cherry Hill, NJ 08034
Telephone: (856) 685-7420
Facsimile: (856) 685-7417
E-mail: jswidler@swartz-legal.com

Date: June 11, 2021